U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:06-cv-1083-T-30TGW

MARK CHARLES McCOY, DDS, P.A.,

Plaintiff,

vs.

AMERICAN ECONOMY INSURANCE COMPANY,

Defendant.
_____/

**FINAL ORDER OF DISMISSAL**

THIS MATTER having come on before the court upon the Stipulation of the parties, it is

ORDERED and ADJUDGED that the above-styled action be and is hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorney's fees.

DONE AND ORDERED in Chambers, at U.S. District Court, Middle District, Tampa, Florida this __17__ day of __July__, 2007.

_____
U.S. District Court Judge

Copies to:
Andrew P. Rock
Craig A. LeValley